# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, J.R. MCFARLANE, P.D. LOCHNER**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## CLAYTON M. CUSTER
## CORPORAL (E-4), U.S. MARINE CORPS

## NMCCA 201300362
## SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 20 May 2013.
**Military Judge:** LtCol Chris Thielemann, USMC.
**Convening Authority:** Commanding Officer, 3d Battalion, 11th Marines, 1st Marine Division (REIN), MCAGCC, Twentynine Palms. CA.
**Staff Judge Advocate's Recommendation:** Maj D.P. Harvey, USMC.
**For Appellant:** CAPT Diane Karr, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**31 January 2014**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court


R.H. TROIDL
Clerk of Court